# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **19 Mag 8360**          Date **2/4/2021**

USAO No. **2019R00462**

The Government respectfully requests the Court to dismiss without prejudice the

✓  Complaint          ☐  Removal Proceedings in

*United States v.*  **Adeena Santiago**

The Complaint/Rule 40 Affidavit was filed on          **SEPTEMBER 4, 2019**

*U.S. Marshals please withdraw warrant*

*[signature: Michael R Herman]*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Michael R. Herman**

(print name if signature handwritten)

**SO ORDERED:**

DATE: February 4, 2021

*[signature]*

JAMES L. COTT
United States Magistrate Judge